# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID MICHAEL FROSTICK,
          Appellant,
        vs.
THE STATE OF NEVADA,
          Respondent.

No. 71811

**FILED**

JAN 19 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

Appellant filed notices of appeal on November 18, 2016, and November 23, 2016. No appealable order was designated in the notices of appeal. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. Jennifer P. Togliatti, District Judge
      David Michael Frostick
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk
      Brent D. Percival

17-02059